UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

DAVID SELLERS,

          Plaintiff,

 -against-

ROYAL BANK OF CANADA, RBC USA
HOLDCO CORPORATION, RBC
CAPITAL MARKETS CORPORATION,
LLC, and JOHN DOES 1-5,

          Defendants.

------------------------------------------------------- x

12 Civ. 1577 (TPG)(FM)

**ECF CASE**

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that defendants Royal Bank of Canada, RBC USA Holdco Corporation, and RBC Capital Markets, LLC (incorrectly named as RBC Capital Markets Corporation, LLC) (collectively "Defendants"), by their attorneys, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint Pursuant to F.R.C.P. Rule 4(m) and the Declaration of Amanda M. Betman, Esq. dated November 26, 2012, with exhibits attached thereto, will move this Court, before the Honorable Thomas P. Griesa, U.S.D.J., in the United States District Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 26B, New York, NY 10007, on a date and at a time to be designated by the Court, for an Order dismissing the Complaint in its entirety without prejudice.

|  |  |
|---|---|
| Dated: Princeton, New Jersey<br>November 26, 2012 | MORGAN, LEWIS & BOCKIUS LLP<br><br>By:  /s/ Amanda M. Betman<br>      James P. Walsh<br>      Amanda M. Betman<br>      502 Carnegie Center<br>      Princeton, New Jersey 08540-6241<br>      Phone: (609) 919-6647/6514<br>      Fax: (609) 919-6701<br>      jwalsh@morganlewis.com<br>      abetman@morganlewis.com<br><br>*Attorneys for Defendants*<br>Royal Bank of Canada, RBC USA Holdco Corp., and RBC Capital Markets, LLC (incorrectly named as RBC Capital Markets Corporation, LLC) |

DB1/ 71904977.2