MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
609-919-6696 (Telephone)
609-919-6701 (Fax)
James P. Walsh, Esquire
August W. Heckman III, Esquire
Attorneys for Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 14 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
:
DAVID SELLERS,                       :
                                     :
           Plaintiff,                :
                                     :
     v.                              :   Case No. 12-Civ-1577 (KBF)
                                     :
ROYAL BANK OF CANADA, RBC USA        :   DOCUMENT ELECTRONICALLY
HOLDCO CORPORATION, RBC              :   FILED
CAPITAL MARKETS CORPORATION,         :
LLC, and JOHN DOES 1-5,              :
                                     :
           Defendants.               :
------------------------------------ X

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Amanda M. Betman, Esq., hereby withdraws her appearance in this case on behalf of Defendants Royal Bank of Canada, RBC USA Holdco Corporation, and RBC Capital Markets, LLC (improperly named as "RBC Capital Markets Corporation LLC") (collectively "Defendants"), August W. Heckman III, Esq. and James P. Walsh, Esq. will continue to serve as counsel for the Defendants in this matter. Defendants respectfully request that Amanda M. Betman, Esq. be removed from the Court and counsel service lists.

Dated: November 13, 2013

Respectfully submitted,

Dated: November 13, 2013                **MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ *August W. Heckman III*
James P. Walsh (JW-6647)
August W. Heckman III (AH-2566)
MORGAN LEWIS & BOCKIUS, LLP
502 Carnegie Center
Princeton, NJ 08540
*Attorneys for Defendants Royal Bank of
Canada, RBC USA Holdco Corporation,
RBC Capital Markets LLC*

So ordered,

11/14/13         K. B. For
                    USDJ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was served this 13th day of November, 2013, via the Court's Electronic Case Filing ("ECF") system and Regular Mail upon the following:

### Via Email and Regular Mail

David Sellers
24 East Prospect Street
Hopewell, New Jersey 08525
*Pro Se Plaintiff*

/s/ *August W. Heckman III*
August W. Heckman III